UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | No. 3:07-0453 |
| ONE 2003 HUMMER H2 ) | |
| VIN: 5GRGN23U63H100439 ) | Judge Echols/Brown |
| ) | |
| CLAIMANTS: ) | |
| DESHAWN WENTZ ) | |
| SAMUEL WENTZ ) | |
| ) | |
| Defendants ) | |

**O R D E R**

A telephone conference concerning a discovery matter was held at the request of the parties on March 4, 2008. The parties advised that they were attempting to resolve this matter, but have not been able to do so at this time. The Government advised that there was certain discovery that was outstanding and they needed an order to file dispositive motions. They also wanted certain written discovery prior to disclosing the claimants.

The Government is, of course, free to notice the Claimants for depositions with or without written material.

After discussion with the parties, the discovery deadline is extended until **March 21, 2008**. Dispositive motions shall be due **March 28, 2008**; responses thereto shall be **April 18, 2008**. There will be no replies absent permission of the Court.

The final pretrial conference and trial dates remain as previously set.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
